Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
160 WATER STREET ASSOCIATES, INC.
and G.L.O. MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

BOLIVAR REINOSO,
                    Plaintiff(s),

    -against-

120 BROADWAY CONDOMINIUM (CONDO
#871)., *et al.*,

                    Defendant(s).
------------------------------------------------------------X

Index No.: 07-CV-1516

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

      PLEASE TAKE NOTICE that Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., demand judgment dismissing the above-captioned action as against

them, together with costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       December 7, 2007

                                  Yours etc.,

                                  McGIVNEY & KLUGER, P.C.
                                  Attorneys for Defendants
                                  160 WATER STREET ASSOCIATES, INC. and
                                  G.L.O. MANAGEMENT, INC.

                                  By: _____
                                      Richard E. Leff (RL-2123)
                                      80 Broad Street, 23rd Floor
                                      New York, New York 10004
                                      (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
           Plaintiffs Liaison
           In Re Lower Manhattan Disaster Site
           Litigation
           115 Broadway, 12th Floor
           New York, New York 10006
           (212) 267-3700

           All Defense Counsel