UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE: WORLD TRADE CENTER LOWER           :    **Docket No.:**
MANHATTAN DISASTER SITE                   :    **21 MC 102 (AKH)**
LITIGATION                                :
-------------------------------------------------------- :
                                                             :
BOLIVAR REINOSO,                          :    **Case No.:**
                                          :    **07-CV-1516-AKH**
                    Plaintiffs,           :
                                          :
        - against -                       :    **NOTICE OF APPEARANCE**
                                          :    **BY DEFENDANT**
WESTON SOLUTIONS, INC., *et al,*          :    **WESTON SOLUTIONS, INC.**
                                          :
                    Defendants.           :
                                          :
-------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

     PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by

and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP,

hereby appears in the above-entitled action, and that all pleadings and papers in this action be

served upon the undersigned at the office and address stated below.  The undersigned certifies

that he is admitted to practice before this Court.


Dated: New York, New York
     January 2, 2008

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:  _/s/ Jason Harrington_____
     Jason Harrington (JH7273)
     Attorneys for Defendant
     Weston Solutions, Inc.
     150 E 42nd Street
     New York, NY 10017
     (212) 490-3000 (p)
     (212) 490-3038 (f)


To: All parties via ECF

3056877.1