UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER                                   :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                               :
                                                                 :
-----------------------------------------------------------------X
BOLIVAR REINOSO,                                                 :  07-CV-01516-AKH
                                                                 :
                      Plaintiff,                                  :
                                                                 :  **APPEARANCE**
  - against -                                                    :
                                                                 :  **ELECTRONICALLY FILED**
120 BROADWAY CONDOMINIUM                                         :
(CONDO #871)., *et al.*,                                         :
                                                                 :
                      Defendants.                                 :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                    By:     /s/ Judith R. Cohen
                                                _____
                                                Judith R. Cohen (JC-8614)
                                                1177 Avenue of the Americas
                                                New York, New York 10036
                                                Phone: (212) 277-6500
                                                Fax: (212) 277-6501

                                                *Attorney for Defendant*
                                                MERRILL LYNCH & CO., INC.